IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY W. FORRESTER**  **PLAINTIFF**
*#098137*

v.                    CASE NO. 4:24-CV-00094-BSM

**GORE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE